# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRENDA L. DAVIS

v.

MICHAEL J. ASTRUE

JUDGMENT IN A CIVIL CASE
**ON ATTORNEY FEES**

CASE NUMBER: C08-05604-RJB

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff's counsel, Robert A. Friedman, $5,704.06 in attorney fees and $56.53 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(a),(d), and $20.25 in costs under the Equal Access to Justice Act, 28 U.S.C. § 1920, for a total award of $5,780.84.

May 14, 2009                                    BRUCE RIFKIN
                                                                    Clerk


                                                            /s/  Jennie L. Patton
                                                                Deputy Clerk